UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER FOR RETURN OF |
| | : | |
| VS. | | DEPOSIT FOR BAIL |
| | : | |
| ROSA LYDIA NUNEZ | : | RECOG. NEW3419 |
| | | Case No. DNJX210MJ006077 |
| | : | DNJX210CR000640 |

RECEIVED
NOV 1 0 2011
AT 8:30_____M
WILLIAM T. WALSH, CLERK

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for her appearance before this Court, and that the sum of Five thousand dollars ($5,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 31st day of October, 2011

**ORDERED** that the sum of Five thousand dollars ($5,000.00) so deposited as aforesaid be returned to Luis Torres, 34 Loxwood Street No. 2R, Worcester, MA 01604 the surety of said recognizance.

_____
GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT